STATE v. HOLDER

No. 238P00

Case below: 138 N.C.App. 89

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 12 July 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. HUSKEY

No. 220P00

Case below: 116 N.C.App. 736

Motion by defendant pro se for a writ of certiorari to review the decision of the North Carolina Court of Appeals denied 12 July 2000.

STATE v. INGRAM

No. 229P00

Case below: 137 N.C.App. 588

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000.

STATE v. LOCKLEAR

No. 291P00

Case below: 138 N.C.App. 549

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 12 July 2000. Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 12 July 2000.